**FILED**
DEC 1 3 2007  NF
DEC 13 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*Felony* NF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
SUPERSEDING INDICTMENT
DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

**JUDGE LEINENWEBER**

**MAGISTRATE JUDGE COLE**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐  YES ☒  If the answer is "Yes", list the case number and title of the earliest filed complaint:
   07 CR 410  US v. Calvin Buffington, et al   Cole

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☐  YES ☒  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
   07 CR 410  U.S. v. Buffington, et al.  Judge Leinenweber

3) Is this a re-filing of a previously dismissed indictment or information?  NO ☒  YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒  YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?  NO ☒  YES ☐

6) What level of offense is this indictment or information?  FELONY ☒  MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?  NO ☐  YES ☒

8) Does this indictment or information include a conspiracy count?  NO ☐  YES ☒

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .......... (II)           ☐ Income Tax Fraud ...... (II)         ☐ DAPCA Controlled Substances ... (III)
   ☐ Criminal Antitrust ..... (I)        ☐ Postal Fraud .......... (II)         ☐ Miscellaneous General Offenses ... (IV)
   ☐ Bank robbery .......... (II)        ☐ Other Fraud ........... (III)        ☐ Immigration Laws .......... (IV)
   ☐ Post Office Robbery .... (II)       ☐ Auto Theft ............ (IV)         ☐ Liquor, Internal Revenue Laws .... (IV)
   ☐ Other Robbery ......... (II)        ☐ Transporting Forged Securities . (III) ☐ Food & Drug Laws .......... (IV)
   ☐ Assault ............... (III)       ☐ Forgery ............... (III)        ☐ Motor Carrier Act .......... (IV)
   ☐ Burglary .............. (IV)        ☐ Counterfeiting ........ (III)        ☐ Selective Service Act ........ (IV)
   ☐ Larceny and Theft ..... (IV)        ☐ Sex Offenses .......... (II)         ☐ Obscene Mail ............... (III)
   ☐ Postal Embezzlement ... (IV)        ☐ DAPCA Marijuana ....... (III)        ☐ Other Federal Statutes ........ (III)
   ☐ Other Embezzlement .... (III)       ☒ DAPCA Narcotics ....... (III)        ☐ Transfer of Probation Jurisdiction . (V)

10) List the statute of each of the offenses charged in the indictment or information.
    21, USC §§ 841(a)(1), 846; 18, USC §§ 922(g)(1), 924(c), 1952 & 2

    _____
    TERRA L. BROWN
    Assistant United States Attorney

(Revised 12/99)