Minute Order Form (rev. 4/99)

06 GJ 1549

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 410 | DATE | DECEMBER 13, 2007 |
| CASE TITLE | US v. CALVIN BUFFINGTON, et al (SEE ATTACHED) | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL JUNE 2007**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge JUDGE LEINENWEBER

**FILED**
DEC 13 2007
NF

**MAGISTRATE JUDGE COLE**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Docket Entry:

DETENTION ORDER PREVIOUSLY ISSUED IN 07 CR 410 TO STAND AS TO BRAD PARKER, MICHAEL BUFFINGTON, JOHNNIE HUGHES, and ERIC CALDWELL. BOND SET IN 07 CR 410 TO STAND AS BOND IN THIS INSTANCE AS TO LOIS BUFFINGTON, COREY ANDERSON, ANTOINE BODDIE, RONNIE HOGUE, CHRISTOPHER DUKES, CEDRIC SMITH, DAWNYA PARKER, DARLENE BETTIS, MARCO PULIDO, JOHN SLATE, MICHAEL SMITH, and SESSOR DERRION HOWARD. TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANTS DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE SECTION 3142 AS TO MARK THOMAS, KWAME ANTHONY, GREGORY HARRIS, and ALICE BETTIS. WARRANTS TO BE SERVED BY THE MARSHAL'S SERVICE.

SIGNATURE OF JUDGE _____ (ONLY IF FILED UNDER SEAL)
OR MAGISTRATE JUDGE

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#

UNITED STATES OF AMERICA

v.

CALVIN BUFFINGTON,
    aka "Big Buff", "Big Boy", "Buff",
    "Big F" and "Ghost Dog",
BRAD PARKER,
    aka "Jay", "Jay Whizzle",
    "Whizzle" and
    "Steven Parker"
MICHAEL BUFFINGTON,
    aka "Mike" and "Bro",
LOIS BUFFINGTON,
    aka "Momma",
COREY ANDERSON,
    aka "Kokimo",
ANTONIE BODDIE,
    aka "Tweed" and "Tweety Bird",
RONNIE HOGUE,
    aka "Little Bro",
JOHNNIE HUGHES,
    aka "Cuz" and "Lil' Cuz",
CHRISTOPHER DUKES,
    aka "14",
CEDRIC SMITH,
    aka "Ce" and "Ced",
ERIC CALDWELL,
    aka "E-Dub",
DAWNYA PARKER,
DARELENE BETTIS,
MARCO PULIDO,
    aka "Mark"
JOHN SLATE,
    aka "Flip",
MICHAEL SMITH,
SESSOR DERRION HOWARD,
    aka "Derrion Howard" and "D",
MARK THOMAS,
KWAME ANTHONY,
    aka "Q",

GREGORY HARRIS,
    aka "G", and
ALICIA BETTIS