# FINANCIAL AFFIDAVIT
**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23  REV. 1/90

| | |
|---|---|
| IN UNITED STATES | ☒ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
| IN THE CASE OF | U.S. vs. Kwame Anthony  FOR N.D.Ill / Eastern Div. |

**LOCATION NUMBER:** ▶

**PERSON REPRESENTED** (Show your full name): Kwame Anthony

- ☒ 1 Defendant—Adult
- ☐ 2 Defendant—Juvenile
- ☐ 3 Appellant
- ☐ 4 Probation Violator
- ☐ 5 Parole Violator
- ☐ 6 Habeas Petitioner
- ☐ 7 2255 Petitioner
- ☐ 8 Material Witness

**FILED** 12-19-07  DEC 19 2007  Magistrate Judge Sidney I. Schenkier  United States District Court

**DOCKET NUMBERS**
- Magistrate:
- District Court: 07 CR 0410
- Court of Appeals: 07cr410-

**CHARGE/OFFENSE** (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor
21 U.S.C. §841, 846

---

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: C.K Auto Sales
- IF YES, how much do you earn per month? $ approx 3500 – 7000
- IF NO, give month and year of last employment / How much did you earn per month $ ___
- If married is your Spouse employed? ☐ Yes ☐ No — N/A
- IF YES, how much does your Spouse earn per month $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES:
  - RECEIVED $47,000 — employment – see above
  - $3,000 — side jobs

**CASH**
- Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No  IF YES, state total amount $500

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE VALUE AND DESCRIBE IT: equity $8000 — 2007 Audi Truck (purch for 73,000) owe 42,000

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ SEPARATED OR DIVORCED  (☐ SINGLE ☐ MARRIED ☐ WIDOWED)
- Total No. of Dependents: 3
- List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Rent | | $800–800 |
| AT&T – iPhone | | $70 |
| Mastercard | | $30 |
| Audi | | $760 |
| bus passes for kids / Real tuition per son | | $155 |

I certify the above to be correct.

**SIGNATURE OF DEFENDANT** (OR PERSON REPRESENTED): ▶ Kwame A.    12-19-07

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.