# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 410 - 20 | **DATE** | 12/19/2007 |
| **CASE TITLE** | United States of America vs. Kwame Anthony | | |

**DOCKET ENTRY TEXT**

Bond hearing held. The Court finds that the defendant is unable to afford counsel. The Court appoints Mr. Steven Saltzman as counsel for the defendant. Enter order appointing Steven Saltzman as counsel for the defendant. The defendant is released on a $100,000.00 own recognizance bond. Enter order setting conditions of release.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | mm |
|---|---|---|