## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 410 - 20 | **DATE** | 12/18/2007 |
| **CASE TITLE** | United States of America vs. Kwame Anthony | | |

**DOCKET ENTRY TEXT**

Arraignment held on superseding indictment. Defendant enters plea of not guilty. 16.1(A) Conference to be held by 12/21/2007. Pretrial motions to be filed by 1/17/2008. Status hearing reset to 1/24/2008 at 9:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|