## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 410 - 20 | **DATE** | 1/31/2008 |
| **CASE TITLE** | United States of America vs. Kwame Anthony | | |

**DOCKET ENTRY TEXT**

Steven Saltzman granted leave to withdraw as counsel for defendant. Irv Miller granted leave to substitute his appearance as counsel for defendant.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | WAP |
|---|---|---|