**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| **Plaintiff,** ) | |
| vs. ) | No.  07 CR 410 |
| ) | Honorable Judge Leinenweber |
| **KWAME ANTHONY** ) | |
| **Defendant.** ) | |

**DEFENDANT ANTHONY'S MOTION FOR PRODUCTION**
**AND INSPECTION OF FAVORABLE INFORMATION**

Now comes Defendant, KWAME ANTHONY, by his attorney, Irving Miller, pursuant to Fed. R. Crim. P. 16 and the principles enunciated in <u>Brady v. Maryland</u>, 3737 U.S. 83 (1963) and <u>Giglio v. United States</u>, 405 U.S. 150 (1972), respectfully moves this Court to require the government to disclose immediately any undisclosed evidence or information in its possession, custody, or control the existence of which is known, or by the exercise of due diligence may become known, which is favorable to the Defendant and is material to the issues of his guilty, innocence, or sentencing, or which bears upon the credibility or a government witness.

The information requested includes, but it not limited to, the following:

1. The name, last known address, and statement or memorandum of interview (if any) of any person whose testimony would be favorable to the Defendant in any way or consistent with his innocence, regardless of whether the government intends to call such person as a witness.

2. The name, last known address, and statement or memorandum of interview (if any) of any individual whose testimony would contradict or be inconsistent with the expected testimony of any witness for the government, regardless of whether the government intends to

call such person as a witness.

    3.    Any documentary evidence or information which contradicts or is inconsistent with the expected testimony of any witness for the government.

    4.    The name, address, and statement or memorandum of interview (if any) of any individual who has been interviewed by the government or was present when the events in question occurred and who failed to implicate the Defendant in this activity.

    5.    Any and all books, papers, records, or documents which contain evidence favorable to the Defendant or are consistent with his innocence or material to the preparation of his defense.

    6.    Any consideration or promise of consideration given to or on behalf of any witness for the government.  "Consideration means anything of value, whether bargained for or not, which arguably could benefit the witness or persons connected with the witness, including but not limited to, any plea agreement entered into between the government or any State or other authority; formal or informal, direct or indirect leniency, favorable treatment or recommendations, or other assistance with respect to pending or potential criminal charges, parole, probation, pardon, clemency, civil disputes, tax liability, administrative or other dispute with that witness or between that witness and any other authority or person; payments of money, rewards or fees, transportation, legal services or other benefits, or subsistence payments of any kind; and anything else which arguable could reveal an interest, motive or bias of witness in favor of the government and against the Defendant as an inducement to testify for the government.

    7.    Any assistance provided by an attorney or agent of the government to any witness for any reason, including assistance with law enforcement or parole agency, or any other agency

of federal, state or local government.

      8.      The criminal identification and history sheet of each government witness.

      9.      Any criminal charges pending against any government witness which have not been disposed of either by conviction or acquittal.

      10.      Any criminal activity in which a government witness has engaged which has not resulted in prosecution or conviction.

      11.      Any and all other records and/or information which arguably could be helpful or useful to the defense in impeaching or otherwise detracting from the probative force of the government's evidence or which arguably could lead to such records or information.

      12.      Any information or records, whether oral or written regarding any government witness bearing on any mental, emotional treatments or disorders, alcoholism, drug use or dependence and treatment. This request includes those portions of Pretrial Services Reports or Presentence Reports that pertain to these issues.

      13.      Any illegal or unauthorized activity engaged in by government agents in connection with this indictment or related activity.

      14.      Transcripts of any testimony that any government witness has given before any court, grand jury or any other tribunal with regard to this investigation, this defendant or the facts of this matter.

It is respectfully requested that this Court's Order requiring the government to produce evidence favorable to the Defendant provide that the government is under a continuing obligation to furnish such evidence as may or should come to its attention through the course of its preparation and trial of this cause. See Fed. R. Crim. P. 16(c).

WHEREFORE, Defendant requests that this Motion for Production and Inspection of Favorable Evidence be granted.

Respectfully submitted,

/s Irving Miller_____
Irving Miller, Attorney for KWAME ANTHONY

Irving Miller
The Miller Firm, P.C.
10 S. Riverside Plaza - 1020
Chicago, Illinois  60606-3910
(312) 207-1700

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| Plaintiff, ) | |
| vs. ) | No. 07 CR 410 |
| ) | Honorable Judge Leinenweber |
| **KWAME ANTHONY** ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P.5. , LR 5.5 and the General Order on Electronic Case Filing (ECF), Defendant Anthony's Motion for Production and Inspection of Favorable Evidence was served pursuant to the District Court's ECF system as to ECF filers on February 29, 2007

Respectfully submitted


/s Irving Miller
Attorney for Kwame Anthony


Irving Miller
10 S. Riverside Plaza - #1020
Chicago, Illinois  60606-3910
(312) 207-1700