IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   Plaintiff, )<br> )<br> )<br>v. )<br> )<br>KWAME ANTHONY )<br> )<br>   Defendant. ) | No.  07 CR 410<br>Honorable Judge Leinenweber |

### DEFENDANT ANTHONY'S MOTION TO ADOPT MOTIONS

 NOW COMES Defendant, KWAME ANTHONY, by and through his counsel, Irving Miller, The Miller Firm P.C., and moves this Honorable Court to allow him to adopt any and all motions filed by any co-defendants in this case that are applicable to this Defendant.

                 Respectfully submitted,

                   /s Irving Miller
                  Irving Miller
                  One of Defendant's Attorneys

Irving Miller
The Miller Firm P.C.
10 S. Riverside Plaza, Ste. 1020
Chicago, Illinois 60606
(312)207-1700

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
|       **Plaintiff,** ) | |
|     vs. ) | **No. 07 CR 410** |
| ) | **Honorable Judge Leinenweber** |
| **KWAME ANTHONY** ) | |
|       **Defendant.** ) | |

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P.5. , LR 5.5 and the General Order on Electronic Case Filing (ECF), Defendant Anthony's Motion to Adopt Motions pursuant to the District Court's ECF system as to ECF filers on February 29, 2008.

                                              Respectfully submitted


                                              /s Irving Miller
                                              Attorney for Kwame Anthony

Irving Miller
10 S. Riverside Plaza - #1020
Chicago, Illinois  60606-3910
(312) 207-1700