IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| vs. | ) | No.  07 CR 410 |
| | ) | Honorable Judge Leinenweber |
| KWAME ANTHONY | ) | |
| Defendant. | ) | |

### DEFENDANT ANTHONY'S MOTION FOR HEARING OR PROFFER ON ADMISSIBILITY OF CO-CONSPIRATOR'S STATEMENTS

Now comes Defendant, Kwame Anthony, through his attorney, Irving Miller, and respectfully moves this court to hold a hearing pursuant to Rule 104(a) of the Federal Rules of Evidence to determine whether or not any statements of any possible co-conspirators that the Government may attempt to introduce into evidence against your defendant are admissible.

/s Irving Miller
Irving Miller, Attorney for Kwame Anthony

Irving Miller
10 S. Riverside Plaza   #1020
Chicago, Illinois 60606
312 2076-1700

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|       Plaintiff, ) | |
| vs. ) | No.  07 CR 410 |
| ) | Honorable Judge Leinenweber |
| KWAME ANTHONY ) | |
|       Defendant. ) | |

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P.5. , LR 5.5 and the General Order on Electronic Case Filing (ECF), Defendant Anthony's Motion for Hearing on Admissibility of Co Conspirators Statements was served pursuant to the District Court's ECF system as to ECF filers on February 29, 2008.

      Respectfully submitted


/s Irving Miller
Attorney for Kwame Anthony


Irving Miller
10 S. Riverside Plaza - #1020
Chicago, Illinois  60606-3910
(312) 207-1700