IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>            Plaintiff,         )<br>                                  )<br>                                  )<br>        v.                        )<br>                                  )<br> KWAME ANTHONY                     )<br>                                  )<br>            Defendant.            ) | No.  07 CR 410<br>Honorable Judge Leinenweber |

**MOTION TO REQUIRE NOTICE OF INTENTION TO
USE OTHER CRIMES, WRONGS, OR ACTS EVIDENCE**

NOW COMES Defendant, KWAME ANTHONY, by and through his counsel, Irving Miller, The Miller Firm P.C., and moves this Honorable Court for an Order requiring the government to give notice of its intention to use at trial, either in its direct case, during the cross-examination of any defendant or in its rebuttal case, the following:

1.  Evidence of "other crimes, wrongs or acts" of the defendant, as that phrase is used in Federal Rule of Evidence 404(b).

In regard to said notice, the government should identify and describe:

(I)     The dates, times, places and persons involved in said crimes, wrongs or acts;

(II)    The statements of each participant in said other crimes, wrongs or acts;

(III)   The documents which contain evidence of said other crimes, wrongs or acts, including when the documents were prepared, who prepared the documents and who has possession of the documents; and

(IV)    The issue or issues to which the government believes such other crimes, wrongs or acts evidence is relevant within the Federal Rule of Evidence 404(b).

Notice of the government's intention to introduce evidence pursuant to Federal Rule of Evidence 404(b) allows the defendant the necessary time to prepare and contest the admissibility of such evidence.

2.   Evidence of "specific instances of conduct" of the defendants, as that phrase is used in Federal Rule of Evidence 608(b).

In regard to said notice, the government should identify and describe:

(I)   The dates, times, places and persons involved in said specific acts of misconduct;

(II)   The statements of each participant in said specific acts of misconduct;

(III)   The documents which contain evidence of said specific acts of misconduct, including when the documents were prepared, who prepared the documents, and who has possession of the documents; and

(IV)   The good faith basis on which the government relies in seeking to examine any defendant under 608(b).

The potential prejudicial nature of evidence adduced under 404(b) and 608(b) is of constant concern to the courts. In requiring the government to give the requested notice, this Court will ensure that the defendants are able to present their objections to the court in a complete and through manner and that this Court will have ample opportunity to consider the arguments of both sides and to make a knowledgeable and accurate ruling. Considering the danger of mid-trial delay to make such rulings, and the potential for mistrial presented by such inherently prejudicial evidence, pretrial determination of these complex evidentiary issues is the most judicious procedure.

　　　　WHEREFORE, defendant, Irving Miller, respectfully requests that the instant motion be granted.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　 /s Irving Miller
　　　　　　　　　　　　　　　　　　　　　　　Irving Miller
　　　　　　　　　　　　　　　　　　　　　　　One of Defendant's Attorneys

Irving Miller
The Miller Firm P.C.
10 S. Riverside Plaza, Ste. 1020
Chicago, Illinois 60606
(312)207-1700

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| vs. ) | No.  07 CR 410 |
| ) | Honorable Judge Leinenweber |
| KWAME ANTHONY ) | |
|     Defendant. ) | |

### CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P.5. , LR 5.5 and the General Order on Electronic Case Filing (ECF), Defendant Anthony's Motion for Notice of Intention to Use Other Crimes was served pursuant to the District Court's ECF system as to ECF filers on February 29, 2008.

                                  Respectfully submitted


                                  /s Irving Miller
                                  Attorney for Kwame Anthony


Irving Miller
10 S. Riverside Plaza - #1020
Chicago, Illinois  60606-3910
(312) 207-1700