**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **No.  07 CR 410** |
| | ) | **Honorable Judge Leinenweber** |
| **KWAME ANTHONY** | ) | |
| **Defendant.** | ) | |

**NOTICE OF ELECTRONIC FILING**

To:    Terra Brown
       Assistant United States Attorney                    .
       219 S. Dearborn    5th Floor
       Chicago, Illinois 60604

_____         PLEASE TAKE NOTICE that on February 29, 2008 the undersigned caused to be filed with the Clerk of the Federal District Court for the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois the Defendant Anthony's Motion for Production of Favorable Evidence, Motion to Require Notice of Use of Other Crimes, Motion to Adopt, Motion for Santiago Proffer.

                                        /S IRVING MILLER
                                        Irving Miller, Attorney for Kwame Anthony

**CERTIFICATE OF SERVICE**

    I, IRVING MILLER, an attorney, on oath state that I caused to be served on all attorneys of records (see above) a true and correct copy of the attached documents by electronic means to the above party on February 29, 2008.

                                        /S IRVING MILLER
                                        IRVING MILLER

Irving Miller
10 S. Riverside Plaza - #1020
Chicago, Illinois  60606-3910
(312) 207-1700